UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| CHARLENE BOWDEN, | ) Case No.: |
| Plaintiff, | ) |
| vs. | ) |
| | ) COMPLAINT |
| CLEARSPRING LOAN SERVICES. | ) |
| Defendant. | ) |

Plaintiff, Charlene Bowden, on behalf of herself (hereinafter "Plaintiff"), by and through her undersigned attorney, hereby sues Defendant, ClearSpring Loan Services (hereinafter "Defendant"), and alleges as follows:

## PRELIMINARY STATEMENT

1. This is an action for damages arising from Defendant's violations of 47 U.S.C. §227 *et seq.*, the Telephone Consumer Protection Act.

## JURSIDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1331.

3. Venue is proper in this district under 28 U.S.C §1391(b).

## PARTIES

4. Plaintiff is a natural person, who at all relevant times has resided in the City of Brookhaven, Georgia 30319.

5.     Defendant is a corporation doing business in the State of Georgia, with its corporate address as 18451 N. Dallas Parkway, Suite 100, Dallas, Texas 75287.

## FACTUAL STATEMENT

6.     At a point in time better known to Defendant, Defendant purchased a loan from another company that had been taken out by Plaintiff.

7.     Upon Defendant's belief that Plaintiff owed money on the loan, Defendant started making telephone calls to Plaintiff in an attempt to collect.

8.     On June 10, 2016, Plaintiff called Defendant and asked for all telephone calls to her to cease.

9.     During the course of the June 10, 2016 phone call, Defendant's representative stated that the phone calls made to Plaintiff were being generated by a dialer.

10.    Plaintiff would continue to receive telephone calls, sometimes multiple times per day, over the next few weeks.

11.    Since Plaintiff's cease and desist request, Defendant called Plaintiff a minimum of twenty-two times on her cellular telephone.

12.    All telephone calls from Defendant to Plaintiff were made to Plaintiff's cellular telephone number ending with the last four (4) numbers of 4851.

13.    The telephone calls made by Defendant originated from the phone numbers 866-660-5804.

14.    The telephone number 866-660-5804 is owned and controlled by Defendant.

15. Defendant was specifically advised not to continue to call Plaintiff's cellular telephone, but continued to call Plaintiff's cellular telephone repeatedly using an automated telephone dialing system.

16. The repeated automated telephone calls to Plaintiff were a nuisance and an invasion of her privacy that caused her to lose the use of her phone during the time it was occupied by Defendant's incoming calls and waste time determining who was calling her and playing back voicemail messages.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT
## 47 U.S.C. § 227

17. Plaintiff repeats the allegations contained in paragraphs 1 through 16 and incorporates them as if specifically set forth at length herein.

18. Plaintiff revoked any consent for Defendant to call her cellular telephone number that may have existed.

19. A minimum of twenty-two (22) telephone calls to Plaintiff from Defendant were done utilizing an automated dialer and without Plaintiff's consent.

20. Defendant's actions constitute a minimum of twenty-two (22) separate violations of 47 U.S.C. §227(b)(1)(A)(iii), to which their falls no exemption to their behavior.

## JURY TRIAL DEMAND

21. Plaintiff demands a jury trial on all issues so triable.

WHEREFORE, Plaintiff, Charlene Bowden, respectfully requests that this Court do the following for the benefit of Plaintiff:

a. Enter an Order declaring Defendant's actions, as described above, in violation of the TCPA;

b. Enter judgment against Defendant for all violations of 47 U.S.C. § 227b(1)(A)(iii)

c. Enter judgment against Defendant for statutory damages for each violation of 47 U.S.C. § 227b(1)(A)(iii) or treble damages of the Court deems the violations willful; and

d. Grant such other and further relief as may be just and proper.

Dated this 7th day of September 2016:

Respectfully Submitted,

/s/ Jonathan B. Mason
*Attorney for Plaintiff*
Jonathan B. Mason, Esq.
GA Bar No. 475659
Mason Law Group, P.C.
1100 Peachtree Street, NE, Suite 200
Atlanta, GA 30309
Telephone: (404) 920-8040

Of Counsel to the Firm:
Law Offices of Michael Lupolover
120 Sylvan Avenue, Suite 300
Englewood Cliffs, NJ 07632
Telephone: (201) 461-0059
Facsimile: (201) 608-7116